IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Angela E. Barlow<br>Debtor | : Bankruptcy No. 18-23759 CMB<br>:<br>: Chapter 13 |
| Angela E. Barlow<br>Movant<br>      v.<br><br>Slippery Rock Associates<br>Respondents | : Hearing Date: 7/2/19 at 11 a.m.<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATION OF NO OBJECTION REGARDING
## OBJECTION TO CLAIM

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Claim filed on May 19, 2019 at Docket Entry #32 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Claim appears thereon. Pursuant to the Notice of Hearing, objections or response to the Objection to Claim were to be filed and served no later than May 31, 2019. It is hereby respectfully requested that the Order attached to the Objection to Claim be entered by the Court.

Respectfully submitted:

6/3/19

Date

/s/ Catherine T. Martin
Attorney for Debtor
Neighborhood Legal Services Association
928 Penn Avenue
Pittsburgh, PA 15222
412-586-6118
PA Bar I.D.#29049
martinc@nlsa.us