IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Angela E. Barlow<br>Debtor<br><br>Angela E. Barlow<br>Movant<br>v.<br><br>Slippery Rock Associates<br>Respondents | : Bankruptcy No. 18-23759 CMB<br>:<br>: Chapter 13<br>:<br>: **ENTERED BY DEFAULT**<br>:<br>: Related to: Document No. 32<br>: |

### ORDER OF COURT

This ____4th____ day of ____June____, 2019,

the objection filed by the debtor to Proof of Claim #5 is sustained. The claim of Slippery Rock Associates is determined to be an unsecured, non-priority claim.

BANKRUPTCY JUDGE:

_Carlota M. Böhm_   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
6/4/19 12:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Angela E. Barlow
    Debtor

Case No. 18-23759-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Jun 04, 2019
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2019.
db          +Angela E. Barlow,   309 N. Fairmount Street,    Pittsburgh, PA 15206-2837
14920244     +Slippery Rock Associates,   278 Cameron Drive,    Slippery Rock, Pennsylvania 16057-1630

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                        Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2019 at the address(es) listed below:
        Catherine T. Martin    on behalf of Debtor Angela E. Barlow martinc@nlsa.us
        James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee for Upland Mortgage Loan Trust A. bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
        Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pabk@logs.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
    TOTAL: 8