# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:
- **Debtor:** ANGELA E. BARLOW
- **Case Number:** 18-23759-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MAY 14, 2020 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:
#40 Trustee's Certificate of Default Requesting Dismissal of Case
+ Response By Debtor
R / M #: 40 / 0

### Appearances:
Debtor: Martin
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

*Debtor has lost income due to Covid-19 (Debtor driving for Lyft).*

### Proceedings:
Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _X_ Contested Hearing: _____ at _Original plan confirmed before 3/27/20._
10. _X_ Other:

*Plan extended to 84 months per cures out on basis that the Debtor has suffered financial hardship directly and indirectly due to Covid-19.*

Trustee's COD / Motion to Dismiss at Doc #40 is resolved by ~~proposed Confirmation of Debtor's Amended Plan~~ / proposed Order reflecting plan changes.

FILED
5/18/20 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA