UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          Case No. 18-23759CMB
ANGELA E. BARLOW                                Chapter 13

               Debtor(s)
Ronda J. Winnecour, Trustee                     Related to Document No.   40
               Movant
       vs.
ANGELA E. BARLOW

               Respondent(s)

## ORDER

AND NOW, this 18th day of _____ May _____, 20 20 , the Court
having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses
thereto, the following relief (as reflected by the checked boxes below) is ***ORDERED,
ADJUDGED and DECREED:***

☐       This case is ***DISMISSED***, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief
        under any chapter for a period of 180 days from the date of this Order.

☐       This case is ***DISMISSED***, without prejudice.

        If either of the above provisions is checked, indicating that this case is being dismissed, then it is
        ***FURTHER ORDERED*** as follows:

        A.      Each wage attachment issued in this case is now terminated. So that each employer
                knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this
                Order on each employer and file a proof of service within 10 days of the date of this
                Order.

        B.      This case is administratively closed. However, Court retains jurisdiction over the
                Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon
                submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and
                Account, the Trustee is discharged from her duties in this case and this case will be
                closed without further Order of Court.

C.    The Clerk shall give notice to all creditors of this dismissal.

D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

   (1)    the time deadline provided by state law; or

   (2)    30 days after the date of this notice.

☒    This case is not dismissed. The plan term is extended to a total of _64_ months; the monthly plan payment amount is changed to $ _611_ effective _5/20_ .

☐    This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐    Other: _____
_____
_____
_____
_____
_____

BY THE COURT:

Dated : _May 18, 2020_

_Carlota M. Böhm_    **glb**
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
5/18/20 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 18-23759-CMB
Angela E. Barlow                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha              Page 1 of 1           Date Rcvd: May 18, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
db              +Angela E. Barlow,    309 N. Fairmount Street,    Pittsburgh, PA 15206-2837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                              Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2020 at the address(es) listed below:
        Catherine T. Martin    on behalf of Debtor Angela E. Barlow martinc@nlsa.us
        James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee for
        Upland Mortgage Loan Trust A. bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
        cnoroski@grblaw.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
        jbluemle@bernsteinlaw.com
        Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        pabk@logs.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
        srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                   TOTAL: 8