IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> ANGELA E. BARLOW <br>         Debtor <br> PEOPLES NATURAL GAS COMPANY, LLC <br>         Movant, <br> vs. <br> ANGELA E. BARLOW, and RONDA J. WINNECOUR, ESQUIRE, Trustee <br>         Respondents. | ) <br> ) Bankruptcy Case No. 18-23759-CMB <br> ) <br> ) Related to: Document No. 52 <br> ) |

### CONSENT ORDER OF COURT

AND NOW, to wit this  28th  day of  April , 2021, come the parties, by and through their respective counsel and stipulate and consent to the entry of this Order of Court:

        1.        The Court finds that the Debtor has fallen behind on her post petition gas bill since filing the instant case.

        2.        A Motion for Allowance of Administrative claim has been filed. In this case, the Debtor has recently received a one-time LIHEAP Crisis Grant in the amount of $549.00 that was applied to her post petition gas account.

        3.        The instant Motion shall be dismissed without prejudice since the delinquency was paid from the LIHEAP Crisis Grant.

        4.        The Debtor and the Debtor's counsel agree that if it becomes necessary to file another Motion for Allowance of Administrative Claim because of a post petition delinquency, then the post petition gas account must be included in the Chapter 13 Plan without further controversy or opposition. There will be no exceptions unless the Debtor can present a defense other than non payment.

BY THE COURT:

_Carlota M. Böhm_ glb

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
4/28/21 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to by:

/s/ Catherine T. Martin
Catherine T. Martin, Esquire
Attorney for Debtor
Pa. I.D. No. 29049
928 Penn Avenue
Pittsburgh, PA 15222
412-586-6118
martinc@nlsa.us

/s/S . James Wallace
S. James Wallace, Esquire
Atty for Peoples Natural Gas Company, LLC
Pa. I.D. No. 28815
GRB Law
Frick Building, 437 Grant Street, 14th Floor
Pittsburgh, PA 15219
412-281-0587
jwallace@grblaw.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Angela E. Barlow  
    Debtor

Case No. 18-23759-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2  
Date Rcvd: Apr 28, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Angela E. Barlow, 309 N. Fairmount Street, Pittsburgh, PA 15206-2837 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee for Upland Mortgage Loan Trust A. bnicholas@kmllawgroup.com

Catherine T. Martin  
     on behalf of Debtor Angela E. Barlow martinc@nlsa.us

Jeffrey R. Hunt  
     on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com

Keri P. Ebeck  
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kevin Scott Frankel  
     on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com

Office of the United States Trustee  
     ustpregion03.pi.ecf@usdoj.gov

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8